ROBER M. NOBLE v. J. G. AND L. W. PRITCHETT.

(Filed 14 June, 1933.)

CIVIL ACTION, before *Moore, Special Judge,* at September Term, 1932, of ALAMANCE.

This action was instituted for the recovery of damages for personal injury. The jury answered the issue of negligence "No." From judgment upon the verdict the plaintiff appealed.

*Cooper Hall and Carroll & Carroll for plaintiff.*
*John S. Thomas and Sapp & Sapp for defendant.*

PER CURIAM. This is an appeal *in forma pauperis.* There is no affidavit and no certificate of counsel in the record. Hence the Court is without jurisdiction and the appeal is dismissed. C. S., 649; *Pruitt v. Wood,* 199 N. C., 788, 156 S. E., 126; *Powell v. Moore, ante,* 654.

Appeal dismissed.

---

M. F. TEETER v. W. A. NEWELL AND J. B. LINKER.

(Filed 28 June, 1933.)

CIVIL ACTION, before *Finley, J.,* at August Term, 1932, of CABARRUS.

Plaintiff instituted this action against the defendant Newell to recover upon certain notes executed by J. B. Linker. He alleged that Newell was a partner with Linker in the purchase of certain land, and that the notes were given in payment of the purchase price. The defendant Newell denied that he was a partner and offered testimony to the effect that he had loaned Linker money to buy land, but that he was not interested in any of the purchases. The issue of indebtedness was answered by the jury in favor of defendant, and from judgment upon the verdict the plaintiff appealed.

*W. S. Bogle for plaintiff.*
*H. S. Williams for defendant.*

PER CURIAM. The evidence discloses a controverted issue of fact, and the verdict is determinative of the controversy. No exception presented in the record warrants the overthrow of the judgment.

No error.